# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Raed Jarrar,**<br><br>                    **Plaintiff,**<br><br>    v.<br><br>**Amnesty International of the USA, Inc.,**<br><br>                    **Defendant.** | Civil Action No. : 1:19-cv-02579 |

## ENTRY OF APPEARANCE

The Clerk of the Court is hereby requested to enter the appearance of Brian M. Steinbach, of Epstein, Becker & Green, P.C., as additional counsel for Defendant Amnesty International of the USA, Inc.

Dated: August 27, 2019                       Respectfully submitted,

                                              /s/ Brian W. Steinbach_____
                                             Brian W. Steinbach (D.C. Bar No.256727)
                                             EPSTEIN BECKER & GREEN, P.C.
                                             1227 25th Street, NW, Suite 700
                                             Washington, DC 20037
                                             Tel: 202.861.1870
                                             Fax: 202.861.3522
                                             bsteinbach@ebglaw.com

                                             *Attorney for Defendant Amnesty International of the USA, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Entry of Appearance was served this 27th day of August, 2019, by U.S. Mail, postage prepaid on:

Raed Jarrar
2255 16th Street, N.W.
Apt. 401
Washington, DC 20010

    /s/ Brian W. Steinbach
Brian W. Steinbach (D.C. Bar No.256727)